## James Brooks, Appellee, v. Mahalia Brooks, Appellant.
### Gen. No. 46,101. (Abstract of Decision.)

Daniel Costigan, for appellant; Richard J. Gleason, of counsel; James D. Crosson, for appellee. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed December 15, 1953; released for publication January 5, 1954.

## Mary M. Diver, now Known as Mary M. Vander Vries, Appellee, v. William R. Diver, Appellant.
### Gen. No. 46,088. (Abstract of Decision.)

Jesse H. Brown, for appellant; Jesse H. Brown, and Donald M. Becker, of counsel; Daniel A. Costigan, for appellee. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed December 15, 1953; released for publication January 5, 1954.